

# NUMBER 13-24-00117-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**MARIO MARTINEZ GONZALEZ**
**A/K/A MARIO GONZALEZ MARTINEZ**
**A/K/A MARIO MARTINEZ,**                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                              **Appellee.**

---

## ON APPEAL FROM THE 404TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Silva
### Memorandum Opinion by Justice Silva

Appellant filed a notice of appeal attempting to appeal a judgment in trial court case number 2022-DCR-00145. We dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that this "is a plea bargain case, and the [d]efendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On February 15, 2024, we ordered appellant's counsel to review the record and determine whether appellant had a right to appeal. On May 6, 2024, appellant's counsel responded concluding that appellant waived his right to appeal and otherwise does not have a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id* R. 25.2(d), 37.1, 44.3. Accordingly, this case is dismissed for want of jurisdiction.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
16th day of May, 2024